NO. SCWC-30502

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I, Respondent/Plaintiff-Appellee,

vs.

BLUE LEALAO, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30502; CR. NO. 10-1-0240)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Recktenwald, C.J., Nakayama,
Acoba, Duffy, and McKenna, JJ.)


     The Application for Writ of Certiorari filed on January 14, 2012 by Petitioner/Defendant-Appellant, Blue Lealao is hereby accepted.

     IT IS FURTHER ORDERED, that no oral argument will be held in this case.  Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move

for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, February 27, 2012.

Lars Robert Isaacson,                    /s/ Mark E. Recktenwald
for petitioner/
defendant-appellant,                     /s/ Paula A. Nakayama
on the application.
                                         /s/ Simeon R. Acoba, Jr.
Keith M. Kaneshiro
and Donn Fudo,                           /s/ James E. Duffy, Jr.
for respondent/
plaintiff-appellee,                      /s/ Sabrina S. McKenna
on the response.

